UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CANTRELLE, an individual; NICOLE VINCENT, an individual; and FORTINO DELGADILLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS, LLC, a business form unknown; CHRISTINE MASSONI, an individual; and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 2:06-CV-01394-WBS-GGH<br><br>**ORDER GRANTING DEFENDANTS RGIS, LLC AND CHRISTINE MASSONI'S REQUEST TO SET STATUS CONFERENCE**<br><br>Date Filed:   June 22, 2006<br>Trial Date:   None Set |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR DEFINITIVE GUIDANCE FROM COURT
RE: DISCOVERY STATUS OF CASE CASE NO. 2:06-CV-01394-WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1   By request filed on May 2, 2007, Defendant RGIS, LLC (formerly known as
2   "RGIS Inventory Specialists") and Christine Massoni (collectively, "Defendants") sought
3   the Court's guidance on how to proceed regarding discovery in this matter by requesting
4   that the Court set a status conference in light of the status of Plaintiffs' legal
5   representation in the above-captioned matter.
6   Having considered the request and such other matters as the Court deemed
7   relevant, the Court hereby GRANTS Defendants request to set status conference.
8   Therefore, The Status Conference is hereby set on **May 14, 2007 at 1:30 p.m.** in
9   Courtroom 5 before Judge William B. Shubb.
10   IT IS SO ORDERED.

Dated: May 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR DEFINITIVE GUIDANCE FROM COURT
RE: DISCOVERY STATUS OF CASE CASE NO. 2:06-CV-01394-WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, MARY ANNE QUINTOS, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On May 2, 2007, I caused to be served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS RGIS, LLC AND CHRISTINE MASSONI'S REQUEST TO SET STATUS CONFERENCE**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

þ   BY ELECTRONIC MAILING:  through the CM/ECF system, in accordance with Fed. R. Civ. P. 5(d) on the date set forth below:

þ   BY MAIL:  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

..   BY PERSONAL SERVICE:  I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

..   BY OVERNIGHT DELIVERY:  I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

..   BY FACSIMILE:  I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Nicole Vincent
6685 Hillsdale Blvd.
Sacramento, CA  95842

Julie Anne Cantrelle
2561 Anaheim Court
Sacramento, CA  95821

Fortino D. Delgadillo
3145 Norstrom Way
Sacramento, CA  95833

Deborah Barron
Law Offices of Deborah Barron
1900 Point West Way, Suite 200
Sacramento, CA  95815
***VIA E-MAIL***

/ / /

/ / /

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

3

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR DEFINITIVE GUIDANCE FROM COURT RE: DISCOVERY STATUS OF CASE CASE NO. 2:06-CV-01394-WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 2, 2007 at San Francisco, California.

                                      /S/
                            MARY ANNE QUINTOS

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

4

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR DEFINITIVE GUIDANCE FROM COURT RE: DISCOVERY STATUS OF CASE CASE NO. 2:06-CV-01394-WBS-GGH

PDF created with pdfFactory trial version www.pdffactory.com