# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CANTRELLE, an individual; NICOLE VINCENT, an individual; and FORTINO DELGADILLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RGIS, LLC, a business form unknown; CHRISTINE MASSONI, an individual; and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | Case No. 2:06-CV-01394-WBS-GGH<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT THE MAY 14, 2007 STATUS CONFERENCE**<br><br>Date Filed:   June 22, 2006<br>Trial Date:   None Set |

By request filed on May 9, 2007, Cheryl D. Orr, counsel of record for RGIS, LLC (formerly known as "RGIS Inventory Specialists") and Christine Massoni, sought the Court's permission to allow her to appear by telephone at the May 14, 2007 status conference in the above-captioned matter.

Having considered the request and such other matters as the Court deemed relevant, the Court hereby GRANTS Ms. Orr's request to appear by telephone at the status conference presently scheduled for May 14, 2007 at 1:30 p.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: May 11, 2007

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE