Deborah Barron, Esq., CSBN 153840
LAW OFFICES OF DEBORAH BARRON
1900 Point West Way, Suite 200
Sacramento, California 95815
Phone: 916/486-1712
Fax: 916/927-5524

deborah.barron@lawbarron.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CANTRELLE, an individual; NICOLE ) VINCENT, an individual; and FORTINO) DELGADILLO, an individual<br><br>Plaintiff,<br><br>vs.<br>RGIS INVENTORY SPECIALISTS, a business form unknown; CHRISTINE MASSONI, an individual; and DOES One through Twenty, inclusive,<br><br>Defendant. | Case No.: 2:06-CV-01394-WBS-GGH<br><br>MOTION TO WITHDRAW PREVIOUS NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL<br><br>HEARING DATE: June 11, 2007<br>TIME: 1:30 p.m.<br>Judge Shubb |

/

NOTICE IS HEREBY GIVEN, that Plaintiffs and Plaintiffs' counsel, Deborah Barron, hereby withdraw their Notice of Motion and Motion to be Relieved as Counsel and request that the Court order the hearing scheduled for June 11, 2007 @ 1:30 be taken off calendar.

                              Respectfully submitted,

Dated: June 8, 2007                /s/Deborah Barron

                              Deborah Barron, Attorney for Plaintiffs

## ORDER

Plaintiffs and Plaintiffs' counsel's withdrawal of Motion to Withdraw as Counsel and request that the Court order the hearing scheduled for June 11, 2007 at1:30 be taken off calendar is granted. **IT IS SO ORDERED**.

Dated:  June 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2