1  CHERYL D. ORR (State Bar No. 143196)
   HEATHER M. SAGER (State Bar No. 186566)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5

6  Attorneys for Defendants
   RGIS, LLC and CHRISTINE MASSONI

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 JULIE CANTRELLE, an individual; NICOLE      Case No. 2:06-CV-01394-WBS-GGH
   VINCENT, an individual; and FORTINO
12 DELGADILLO, an individual,
                                                **STIPULATION FOR DISMISSAL OF
13              Plaintiffs,                     ENTIRE ACTION WITH PREJUDICE;
                                                [PROPOSED] ORDER**
14       v.

15 RGIS, LLC, a business form unknown;
   CHRISTINE MASSONI, an individual; and
16 DOES ONE through TWENTY, inclusive,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS; the parties have resolved this matter through settlement and reduced that agreement to a writing executed on or about July 27, 2007 (the "Settlement Agreement");

THE PARTIES THEREFORE stipulate and request that this Court enter dismissal of this action, in its entirety, with prejudice.

IT IS SO STIPULATED.

Dated: August 9, 2007          DRINKER BIDDLE & REATH LLP

                               _____/S/_____
                               CHERYL D. ORR
                               Attorneys for Defendants
                               RGIS, LLC and CHRISTINE MASSONI

Dated: August 9, 2007          LAW OFFICES OF DEBORAH BARRON

                               _____/S/_____
                               DEBORAH BARRON
                               Attorneys for Plaintiffs
                               JULIE CANTRELLE, NICOLE VINCENT, and FORTINO DELGADILLO

## ORDER

The parties having so stipulated, and good cause appearing therefor, it is hereby ordered that this matter be dismissed with prejudice.

Dated: August 10, 2007

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com